1

2

3

4

5

6

7

8

9

10

11

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank, N.A.
10-70115 / 7884453031

Electronically Filed on _____

12

13

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

14

15

16

17

In Re:

Justin Ray Wilson and Janine Louise Wilson

            Debtors.

BK-09-28502-lbr

Chapter 13

18

**REQUEST FOR SPECIAL NOTICE**

19

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

20

            1.      This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring

21

that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

22

U.S. Bank, N.A.

23

            2.      The address to which all such notices in the above-referenced proceeding should be sent

24

to its attorney of record at the addresses listed below:

25

26

1   Gregory L. Wilde, Esq.
    Attorney for Secured Creditor
2   212 South Jones Boulevard
    Las Vegas, NV 89107
3

4   DATED this 15th day of January, 2010.

5                                   WILDE & ASSOCIATES

6                                   By  /s/ Gregory L. Wilde, Esq
                                    GREGORY L. WILDE, ESQ.
7                                   Attorney for Secured Creditor
                                    212 South Jones Boulevard
8                                   Las Vegas, Nevada 89107

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
and
MARK S. BOSCO
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone (602) 255-6000
U.S. Bank, N.A.
10-70115 / 7884453031

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

|  |  |
|---|---|
| In Re: | BK-09-28502-lbr |
| Justin Ray Wilson and Janine Louise Wilson | Chapter 13 |
| Debtors. | |

### CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE

1. On __1|15|2010__ I served the following document(s):

**REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:
   X   **a. ECF System**

   Stefanie Clement
   sclement70@cox.net
   Attorney for Debtors

   Rick A. Yarnall
   ecfmail@lasvegas13.com
   Trustee

X  **b. United States mail, postage fully prepaid:**

Stefanie Clement
9960 W. Cheyenne Ave.
Suite 190
Las Vegas, NV 89129
Attorney for Debtors

Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV 89101
Trustee

Justin Ray Wilson and Janine Louise Wilson
4808 Martinelli Ct.
Las Vegas, NV 89130
Debtors

☐  **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐   1.      For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

☐   2.      For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e. By fax transmission**

1

2          Based upon the written assignment of the parties to accept service by fax transmission or

3   a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was

4   reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

        □  **f. By messenger**
5
        I served the document(s) by placing them in an envelope or package addressed to the persons at
6
    the addresses listed below and providing them to a messenger for service.
7
        **I declare under penalty of perjury that the foregoing is true and correct.**
8

9   DATED this 15th day of January, 2010.
10
    By: _Jamie Miller_
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26